No. 04-3988

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**

MAR 2 3 2005

LEONARD GREEN, Clerk

In re: JEFFERY A. WOODS,

Movant.

) ) ) ) ) ) ) ) ) ) ) ) )

<u>O R D E R</u>

Filed
05 MAR 24
PM 3:50
T.T.

C-1-01-561

Before: COLE and GIBBONS, Circuit Judges; SCHWARZER, District Judge.*

Jeffery A. Woods, an Ohio prisoner proceeding pro se, moves the court pursuant to 28 U.S.C. § 2244 for an order authorizing the district court to consider his second or successive habeas corpus petition under 28 U.S.C. § 2254. He also moves for other miscellaneous relief. The state attorney general has filed a response.

Upon review, we conclude that Woods is not entitled to relief because his claims do not meet the statutory requirements of 28 U.S.C. § 2244(b).

Accordingly, the motion for leave to file a second or successive § 2254 petition is denied. Further, all pending motions are denied.

ENTERED BY ORDER OF THE COURT

_____
Clerk

A TRUE COPY
Attest:
LEONARD GREEN, Clerk
By_____
Deputy Clerk

---

*The Honorable William W. Schwarzer, United States District Judge for the Northern District of California, sitting by designation.